UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA

# REQUEST FOR CHANGE OF ADDRESS

CASE NAME:    Willie E. Smiley

CASE NO.  09-73181        JUDGE  Massey    CHAPTER   13

CHANGE FOR

DEBTOR   X    CREDITOR ___    ATTORNEY ___    (for) DEBTOR ___
                                                CREDITOR ___

NOTE:   (For Attorneys Only)    IF MORE THAN ONE CASE, PLEASE ATTACH LIST.

EFFECTIVE DATE OF CHANGE:    June 25, 2009

BAR NO.:    474655

NAME:    Willie E. Smiley
                (Please Print)

NEW ADDRESS:    232 Birch Street

                Hapeville, GA 30354

********************************************************************

NAME:    Willie E. Smiley

OLD ADDRESS:    3815 Village Drive, SW

                Atlanta, GA 30331

THIS CHANGE OF ADDRESS WAS FURNISHED BY:    The Martin Law Group, LLC

DATE:    June 25, 2009